1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

9

CENTRAL DISTRICT OF CALIFORNIA

10
11

CHRISTOPHER T. JACKSON,
12
                    Plaintiff,
13

      v.
14

C.M. HARRISON, et al.,
15
16
                Defendants.
17
_____

)
)
)
)
)
)
)
)
)
)
)
)

Case No. CV 08-8112 DOC(JC)

ORDER ADOPTING FINDINGS,
CONCLUSIONS, AND
RECOMMENDATIONS OF
UNITED STATES MAGISTRATE
JUDGE

18
19
      Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, all
20
documents filed in connection with the pending Motions to Dismiss the Complaint
21
and Motions to Strike (collectively "Defendants' Motions") and all of the records
22
herein, including the attached Report and Recommendation of United States
23
Magistrate Judge.[1]
24
      IT IS HEREBY ORDERED:
25
      (1)    Defendants' Motions are granted in part and denied in part;
26
///
27
///
28

_____

     [1]This Court uses the shorthand terms for the defendants and the various incidents,
grievances, and claims which are defined in the Report and Recommendation.

(2)   The conspiracy claim

      (a) is dismissed with prejudice as time-barred to the extent it is predicated on Overt Acts 1-11 and 15; and

      (b) is dismissed without prejudice as unexhausted as to the remaining portions of the claim;

(4)   The First Amendment retaliation claim

      (a) is dismissed without prejudice as unexhausted to the extent it is predicated on the June Search and the Package Incident;

      (b) is dismissed as against all Moving Defendants with leave to amend to the extent it is predicated on the Priest Confrontation Incident and the Dozier Podium Incident; and

      (c) is dismissed as against all Moving Defendants except defendant Dozier with leave to amend to the extent it is predicated on the Dozier Search Incident;

(5)   The First Amendment right to seek redress claim

      (a) is dismissed with prejudice as time-barred to the extent it is predicated on the processing of the First September Incident; and

      (b) is dismissed without prejudice as unexhausted as to the remaining portions of the claim;

(6)   The Eighth Amendment excessive force claim is dismissed with prejudice as time-barred, but plaintiff is granted leave to file an Eighth Amendment claim predicated on the Dozier Search Incident;

(7)   The Fourteenth Amendment substantive due process claim

      (a) is dismissed with prejudice as time-barred to the extent it is predicated on the September Incident, the Post-September Incident Medical Care, and the reports generated regarding the same;

2

(b) is dismissed without prejudice as unexhausted to the extent it is predicated on the June Search and the Package Incident; and

(c) is dismissed without leave to amend with respect to the remaining portion of the claim;

(8)   The Fourteenth Amendment procedural due process claim

(a) is dismissed with prejudice as time-barred to the extent it is predicated on the processing of the First September Incident Grievance; and

(b) is dismissed without prejudice as unexhausted with respect to the remaining portion of the claim;

(9)   The Fourteenth Amendment equal protection claim

(a) is dismissed with prejudice as time-barred to the extent it is predicated on the September Incident and the processing of the First September Incident Grievance;

(b) is dismissed without prejudice as unexhausted to the extent it is predicated on the June Search, the Package Incident, and the processing of the remaining grievances in issue (the June Search Grievance, the Package Grievance, the Dozier Podium Grievance, the Dozier Search Grievance, the Priest Confrontation Grievance, and the Second September Incident Grievance); and

(c) is dismissed with leave to amend with respect to the remaining portion of the claim;

(10)   The Doe Defendants are dismissed without leave to amend;

(11)   The Motions to Strike are denied;

///

///

3

(12)   Plaintiff shall file any First Amended Complaint within twenty (20) days of the entry of this Order;[2] and

(13)   The failure timely to file a First Amended Complaint will result in this action proceeding solely on the remaining claim in the Complaint (the First Amendment retaliation claim predicated on the Dozier Search Incident) as against the remaining Moving Defendant (Dozier) absent further order of the Court.

IT IS FURTHER ORDERED that the Clerk serve copies of this Order and the United States Magistrate Judge's Report and Recommendation on plaintiff and on defendants' counsel.

IT IS SO ORDERED.


DATED:  September 28, 2010


_David O. Carter_____

HONORABLE DAVID O. CARTER
UNITED STATES DISTRICT JUDGE

---

[2]Any first amended complaint must: (1) be consistent with this Order (*e.g.*, not include unexhausted claims or claims dismissed with prejudice or without leave to amend); (2) be labeled: "First Amended Complaint;" (3) be complete in and of itself and not refer in any manner to the original Complaint; (4) contain a "short and plain" statement of the claim(s) for relief.  See Fed. R. Civ. P. 8(a), 9(b); (5) make each allegation "simple, concise and direct." Fed. R. Civ. P. 8(d)(1); (6) make allegations in numbered paragraphs, "each limited as far as practicable to a single set of circumstances." Fed. R. Civ. P. 10(b); (7) set forth clearly the sequence of events giving rise to the claim(s) for relief; and (8) not add defendants without advance leave of court.