UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CHRISTOPHER T. JACKSON, | ) | Case No. CV 08-8112 DOC(JC) |
| Plaintiff, | ) | |
| v. | ) | JUDGMENT |
| C.M. HARRISON, et al., | ) | |
| Defendants. | ) | |

IT IS HEREBY ADJUDGED:

(1) As to defendant Mark Dozier, this action is voluntarily dismissed with prejudice subject to the terms of the Joint Stipulation of Voluntary Dismissal with Prejudice filed on December 23, 2011; and

(2) All claims against all other defendants are dismissed in accordance with the September 28, 2010 and the June 7, 2011 Orders Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge.

IT IS SO ORDERED AND ADJUDGED.

DATED: January 3, 2012

_____
HONORABLE DAVID O. CARTER
UNITED STATES DISTRICT JUDGE